THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Gregory Green, Appellant.
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No.  2012-UP-242   
 Submitted April 2, 2012  Filed April 25,
2012

AFFIRMED

 
 
 
 Gregory Green, pro se, of Myrtle Beach.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Christina J. Catoe, all of Columbia;
 and Solicitor J. Gregory Hembree, of Conway, for Respondent. 
 
 
 

PER CURIAM:  Gregory Green appeals from the denial of his motion
 for relief from judgment, arguing his conviction for trafficking in crack
 cocaine, second offense should be vacated because (1) the plea court did not
 have subject matter jurisdiction and (2) the State breached a negotiated plea
 agreement.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  Rule 29,
 SCRCrimP ("Except for motions for new trials based on after-discovered
 evidence, post-trial motions shall be made within ten (10) days after the
 imposition of the sentence.").
AFFIRMED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.